IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,       Master Case No. 12-cv-0817 WJ/SMV

v.       (USDC Case No. 12-cv-0220 WJ/SMV)

JULIE FELD and ANDY FELD,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 113 in 12-cv-0817 WJ/SMV], filed November 6, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 120 in 12-cv-0817 WJ/SMV], filed on November 14, 2012.

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**