# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:

**THE VAUGHAN COMPANY, REALTORS**
        Debtor(s).

**JUDITH A. WAGNER,**

        **Plaintiff,**                                    **Master Case No. 12-cv-0817 WJ/SMV**

**v.**                                                              (USDC Case No. 12-cv-0289 WJ/SMV)

**VIRGINIA CAUSEY,**

        **Defendant.**


## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 108 in 12-cv-0817 WJ/SMV], filed November 11, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 139 in 12-cv-0817 WJ/SMV], filed November 14, 2012.


_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**