IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

THE VAUGHAN COMPANY, REALTORS
     Debtor(s).

JUDITH A. WAGNER,

     Plaintiff,                               Master Case No. 12-cv-0817 WJ/SMV

v.                                               (USDC Case No. 12-cv-0311 WJ/SMV)

JOAN DIKE,

     Defendant.

**ORDER ADOPTING JOINT STATUS REPORT
AND PROVISIONAL DISCOVERY PLAN**

     THIS MATTER comes before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 103 in 12-cv-0817 WJ/SMV], filed November 1, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 143 in 12-cv-0817 WJ/SMV], filed on November 15, 2012.

                                                          _____
                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**