# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

In Re:

THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                      Master Case No. 12-cv-0817 WJ/SMV

v.                                   (USDC Case No. 12-cv-0636 WJ/SMV)

LOIS ARIO,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 116 in 12-cv-0817 WJ/SMV], filed November 6, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 150 in 12-cv-0817 WJ/SMV], filed November 15, 2012.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**