# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:

**THE VAUGHAN COMPANY, REALTORS**
 Debtor(s).

**JUDITH A. WAGNER,**

  **Plaintiff,**       **Master Case No. 12-cv-0817 WJ/SMV**

**v.**             (USDC Case No. 12-cv-0494 WJ/SMV)

**RONALD HEGGEM,**
**JANICE HEGGEM, and**
**RONALD P. HEGGEM, CPA, P.C.,**

  **Defendants.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

  THIS MATTER comes before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 106 in 12-cv-0817 WJ/SMV], filed November 2, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 154 in 12-cv-0817 WJ/SMV], filed November 15, 2012.

                 _____
                 **STEPHAN M. VIDMAR**
                 **United States Magistrate Judge**