IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                   Master Case No. 12-cv-0817 WJ/SMV

v.                                            (USDC Case No. 12-cv-0736 WJ/SMV)

JOHN WILGER,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 107 in 12-cv-0817 WJ/SMV], filed November 2, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 158 in 12-cv-0817 WJ/SMV], filed November 15, 2012.

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**