IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                Master Case No. 12-cv-0817 WJ/SMV

v.                                          (USDC Case No. 12-cv-0529 WJ/SMV)

MARK DAHRLING,
MAURA DAHRLING,
DAHRLING ENTERPRISES, INC., a New Mexico
Corporation,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 112 in 12-cv-0817 WJ/SMV], filed November 2, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 162 in 12-cv-0817 WJ/SMV], filed November 15, 2012.

                                                      _____
                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**