IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).                                                       Case No.   10-10759-j11

JUDITH A. WAGNER, Chapter 11 Trustee of the
Bankruptcy Estate of the Vaughan Company, Realtors,

                          Plaintiff(s),

v.                                       Master Case No. 12-cv-0817 WJ-SMV
                                      (USDC Case No. 12-cv-1049 WJ-SMV)

LYMAN S. ATCHLEY, as Trustee of the
Lyman S. Atchley Family Trust,

                          Defendant.

**ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY
IN SUPPORT OF THEIR [sic] JOINDER IN MOTION TO DISMISS
FILED BY MICHAEL MENKE**

THIS MATTER is before the Court on Defendant Atchley's Unopposed Motion to Extend Deadline for Defendant to File Reply in Support of Their Joinder in Motion to Dismiss . . . [Doc. 165 in 12-cv-0817 WJ/SMV] ("Motion"). The Court, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that said Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion [Doc. 165 in 12-cv-0817 WJ/SMV] is hereby **GRANTED**. The deadline for Defendant Atchley to file his Reply in Support of Their [sic] Joinder in Motion to Dismiss Filed by Michael Menke is hereby extended to November 20, 2012.

1

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**