IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).                                 Case No. 10-10759-j11

---

**JUDITH A. WAGNER, Chapter 11 Trustee of the
Bankruptcy Estate of the Vaughan Company, Realtors,**

                Plaintiff(s),

v.                               Master Case No. 12-cv-0817 WJ-SMV
                                  (USDC Case No. 12-cv-1049 WJ-SMV)

**LYMAN S. ATCHLEY, as Trustee of the
Lyman S. Atchley Family Trust,**

                Defendant.

### SECOND ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF HIS JOINDER IN MOTION TO DISMISS FILED BY MICHAEL MENKE

---

THIS MATTER is before the Court on Defendant Atchley's [Second] Unopposed Motion to Extend Deadline for Defendant to File Reply in Support of Their [sic] Joinder in Motion to Dismiss . . . [Doc. 170 in 12-cv-0817 WJ/SMV] ("Second Motion to Extend"). The Court, being advised that said Motion to Extend is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Second Motion to Extend [Doc. 170 in 12-cv-0817 WJ/SMV] is hereby **GRANTED**. The deadline for Defendant Atchley to file his Reply in Support of Their [sic] Joinder ni Motion to Dismiss Filed by Michael Menke is hereby extended to November 26, 2012.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**