IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
**THE VAUGHAN COMPANY, REALTORS**
    Debtor(s).

**JUDITH A. WAGNER,**

    Plaintiff,                             Master Case No. 12-cv-0817 WJ/SMV

v.                                     (USDC Case No. 12-cv-0328 WJ/SMV)

**EVELYN KING,**

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    Thursday, December 20, 2012, at 10:30 a.m.

**Matter to be heard**:  Rescheduling settlement conference for a time when Defendant King is available.

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Thursday, December 20, 2012, at 10:30 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**