# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

In Re:

**THE VAUGHAN COMPANY, REALTORS**
    Debtor(s).

**JUDITH A. WAGNER,**

    Plaintiff,       Master Case No. 12-cv-0817 WJ/SMV

v.       (USDC Case No. 12-cv-0311 WJ/SMV)

**JOAN DIKE,**

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE
## AND SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court sua sponte.  On November 15, 2012, the Court scheduled a settlement conference in this case for January 18, 2013.  Order Setting Settlement Conference [Doc. 145 in 12-cv-0817 WJ/SMV].  The parties have requested that the settlement conference be rescheduled, but have been unable to agree on a new date.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the settlement conference set for 1:30 p.m., January 18, 2013, is hereby **VACATED**.

**IT IS FURTHER ORDERD** that a status conference is hereby set for Tuesday, December 18, 2012, at 2:00 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**