IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                    Master Case No. 12-cv-0817 WJ/SMV

v.                                                (USDC Case No. 12-cv-0289 WJ/SMV)

VIRGINIA CAUSEY,

    Defendant.

## ORDER RESCHEDULING SETTLEMENT CONFERENCE AND AMENDING DEADLINES

THIS MATTER is before the Court on the parties' request to reschedule the settlement conference. Good cause having been shown, the Court FINDS that the settlement conference in this case should be rescheduled.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the settlement conference originally set for 8:30 a.m., January 18, 2013, is rescheduled for **8:30 a.m., February 12, 2013,** in the Cimarron Courtroom, fifth floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.

**IT IS FURTHER ORDERED** that the deadlines set forth in the Court's Order Setting Settlement Conference [Doc. 141 in 12-cv-0817 WJ/SMV] are hereby **AMENDED** as follows:

**Plaintiff's letter and settlement demand due
to Defendant:**                                                **January 28, 2013**

| | |
|---|---|
| **Defendant's letter and counteroffer due to Plaintiff:** | February 1, 2013 |
| **Plaintiff provides copies of settlement letters to the Court by:** | February 5, 2013, by 5:00 p.m. |
| **Parties' confidential position statements due to the Court:** | February 5, 2013, by 5:00 p.m. |
| **Settlement Conference:** | February 12, 2013, at 8:30 a.m. |

All other directions from the Court's Order Setting Settlement Conference [Doc. 141 in 12-cv-0817 WJ/SMV] remain unchanged.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**