# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

In Re:

**THE VAUGHAN COMPANY, REALTORS**
    Debtor(s).

**JUDITH A. WAGNER,**

    Plaintiff,                                   Master Case No. 12-cv-0817 WJ/SMV

v.                                                (USDC Case No. 12-cv-0311 WJ/SMV)

**JOAN DIKE,**

    Defendant.

## AMENDED ORDER VACATING SETTLEMENT CONFERENCE AND SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court sua sponte.  On November 15, 2012, the Court scheduled a settlement conference in this case for January 18, 2013.  Order Setting Settlement Conference [Doc. 145 in 12-cv-0817 WJ/SMV].  The Court inquired with parties whether they would be amenable to reschedule the settlement conference to February 12, 2013.  The parties indicated to the Court that they are unanimously amenable to rescheduling the settlement conference, however, they did not agree to February 12, 2013.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the settlement conference set for 1:30 p.m., January 18, 2013, is hereby **VACATED**.

    **IT IS FURTHER ORDERD** that a status conference is hereby set for Tuesday, December 18, 2012, at 2:00 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to choose

a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED**.

                                                               _____
                                                               **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**