IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                    Master Case No. 12-cv-0817 WJ/SMV

v.                                                  (USDC Case No. 12-cv-0328 WJ/SMV)

EVELYN KING,

    Defendant.

**ORDER RESCHEDULING SETTLEMENT CONFERENCE AND
PERMITTING DEFENDANT TO APPEAR VIA VIDEO CONFERENCE**

THIS MATTER is before the Court on a telephonic status conference, held on December 20, 2012. The Court originally set a settlement conference in this case for Monday, February 11, 2013. At the status conference, the parties agreed to reschedule the settlement conference and the Court granted Defendant Evelyn King's request to attend the settlement conference via video conference.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Court's Order Setting Settlement Conference [Doc. 149 in 12-cv-0817 WJ/SMV] is amended so that the settlement conference originally scheduled for Monday, February 11, 2013 is **RESCHEDULED** for **1:30 p.m., Tuesday, February 12, 2013**, in the Cimarron Courtroom, Pete V. Domenici Courthouse, 333 Lomas Boulevard Northwest, Albuquerque, New Mexico. All other deadlines from the Order remain in force.

**IT IS FURTHER ORDERED** that Defendant King shall attend the settlement conference via video conference. Counsel for Defendant shall make all appropriate arrangements to ensure that Defendant promptly connects to the proceedings.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**