IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:

THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                Master Case No. 12-cv-0817 WJ/SMV

v.                                         (USDC Case No. 12-cv-0311 WJ/SMV)

JOAN DIKE,

    Defendant.

**ORDER VACATING SETTLEMENT CONFERENCE**
**AND ORDER FOR CLOSING DOCUMENTS**

THIS MATTER is before the Court on notification by the parties that they have reached a settlement agreement.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Amended Order Setting Settlement Conference [Doc. 189] and the Settlement Conference scheduled for January 18, 2013, are **VACATED**.

**IT IS FURTHER ORDERD** that closing documents shall be submitted no later than March 11, 2013, or counsel for Plaintiff Trustee shall request a status conference.

**IT IS SO ORDERED**.

                                                                _____
                                                                 **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**