IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                              Master Case No. 12-cv-0817 WJ/SMV

v.                                     (USDC Case No. 12-cv-0636 WJ/SMV)

LOIS ARIO,

    Defendant.

### ORDER SETTING TELEPHONIC HEARING

**Date and time**:        January 16, 2013, at 3:30 p.m.

**Matter to be heard**:  Defendants' Motion to Appear Telephonically [Doc. 193]

     **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing is hereby set for **January 16, 2013, at 3:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

     **IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**