# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:
**THE VAUGHAN COMPANY, REALTORS**
     Debtor(s).

**JUDITH A. WAGNER,**

     Plaintiff,                                 Master Case No. 12-cv-0817 WJ/SMV

v.                                            (USDC Case No. 12-cv-0262 WJ/SMV)

**VICTOR ROSENTHAL,**

     Defendant.

### ORDER GRANTING AMENDED UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

THIS MATTER is before the Court on Defendant's Amended Unopposed Motion to Reschedule Settlement Conference [Doc. 207], filed January 25, 2013. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Amended Unopposed Motion to Reschedule Settlement Conference [Doc. 207] is **GRANTED**. The deadlines related to the settlement conference as set forth in the Order Setting Settlement Conference [Doc. 133] are amended as follows:

| | |
|---|---|
| **Plaintiff's letter and settlement demand due to Defendant:** | Jan. 28, 2013 |
| **Defendant's letter and counteroffer due to Plaintiff:** | Jan. 31, 2013 |
| **Plaintiff provides copies of settlement letters to the Court by:** | Feb. 4, 2013, by 5:00 p.m. |

| | |
|---|---|
| **Parties' confidential position statements due to the Court:** | **Feb. 4, 2013, by 5:00 p.m.** |
| **Settlement Conference:** | **Feb. 11, 2013, at 8:30 a.m.** |

**IT IS FURTHER ORDERED** that the Settlement Conference will be held in the **Cimarron Courtroom**, on the fifth floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico. Other than these changes to the dates and location, the Order Setting Settlement Conference [Doc. 133] remains in effect.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion to Reschedule Settlement Conference [Doc. 206] is **DENIED as moot**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**