IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                         Master Case No. 12-cv-0817 WJ/SMV

v.                                                 (USDC Case No. 12-cv-0239 WJ/SMV)

HERBERT BEATTY,

    Defendant.

## ORDER GRANTING MOTION TO AMEND ANSWER

THIS MATTER is before the Court on Defendant Beatty's Motion to Amend Answer [Doc. 194] ("Motion"), filed on January 2, 2013. Plaintiff has not filed a response, and the time for doing so has now passed. Plaintiff's failure to file a response constitutes consent to grant the Motion. *See* D.N.M.LR-Civ. 7.1(a).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Beatty's Motion to Amend Answer [Doc. 194] is hereby **GRANTED**. Defendant Beatty shall file his Amended Answer within 10 days of entry of this Order.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**