IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                      Master Case No. 12-cv-0817 WJ/SMV

v.                                               (USDC Case No. 12-cv-0271 WJ/SMV)

STEVEN JOHNSON,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on **February 4, 2013**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **14 days after the Bankruptcy Court approves the settlement**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                           _____
                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**