IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

       Plaintiff,                         Master Case No. 12-cv-0817 WJ/SMV

v.                                        (USDC Case No. 12-cv-0494 WJ/SMV)

RONALD HEGGEM,
JANICE HEGGEM, and
RONALD P. HEGGEM, CPA, P.C.,

       Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on **February 6, 2013**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **14 days after the Bankruptcy Court approves the settlement**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                 _____
                                                 **STEPHAN M. VIDMAR**
                                                 **United States Magistrate Judge**