IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                            Master Case No. 12-cv-0817 WJ/SMV

v.                                          (USDC Case No. 12-cv-0262 WJ/SMV)

VICTOR ROSENTHAL,

    Defendant.

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

THIS MATTER is before the Court on a joint e-mail request from the parties to reschedule the settlement conference, received on February 8, 2013. The parties agree that the afternoon of March 11, 2013, would be a more suitable time for the settlement conference.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the settlement conference currently set for 8:30 a.m., Monday, February 11, 2013, is **RESCHEDULED** for **1:30 p.m., Monday, March 11, 2013,** in the **Pecos Courtroom**, on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

    IT IS SO ORDERED.

                                                        _____
                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**