IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                        Master Case No. 12-cv-0817 WJ/SMV

v.                                   (USDC Case No. 12-cv-0636 WJ/SMV)

LOIS ARIO,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    Monday, February 11, 2013, at 9:00 a.m.

**Matter to be heard**:    Status of the Settlement Conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Monday, February 11, 2013** at **9:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar as to the status of the Settlement Conference.

    **IT IS SO ORDERED.**

                                                                           _____
                                                                          **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**