IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                   Master Case No. 12-cv-0817 WJ/SMV

v.                                                (USDC Case No. 12-cv-0636 WJ/SMV)

LOIS ARIO,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on **February 8, 2013**, that they have reached a settlement in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **14 days after the Bankruptcy Court approves the settlement**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**