## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
      Debtor(s).

JUDITH A. WAGNER,

      Plaintiff,                                                   Master Case No. 12-cv-0817 WJ/SMV

v.                                                                   (USDC Case No. 12-cv-0289 WJ/SMV)

VIRGINIA CAUSEY,

      Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

      The parties reached a settlement in this matter at a conference held before the Court on **February 12, 2013**.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **14 days after the Bankruptcy Court approves the settlement**, absent a request for an extension and a showing of good cause.

      **IT IS SO ORDERED.**

                                                                              _____
                                                                             **STEPHAN M. VIDMAR**
                                                                             **United States Magistrate Judge**