IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                 Master Case No. 12-cv-0817 WJ/SMV

v.                                         (USDC Case No. 12-cv-0262 WJ/SMV)

VICTOR ROSENTHAL,

    Defendant.

## ORDER STAYING DISCOVERY

THIS MATTER is before the Court on a joint request from the parties to stay discovery, received during settlement conference proceedings on March 11, 2013. The case did not settle, but the parties are continuing to negotiate.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that discovery is **STAYED for 60 days** in this action only, case no. 12-cv-0262 WJ/SMV. The parties in this action shall notify the Court immediately if a settlement is reached. Otherwise, the parties are to report on the progress of settlement negotiations within 60 days from the date of this Order.

IT IS SO ORDERED.

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**