IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
**THE VAUGHAN COMPANY, REALTORS**
      Debtor(s).

**JUDITH A. WAGNER,**

      Plaintiff,                          **Master Case No. 12-cv-0817 WJ/SMV**

v.                                        (USDC Case No. 12-cv-0328 WJ/SMV)

**EVELYN KING,**

      Defendant.

## ORDER DENYING AS MOOT MOTION FOR ORDER TO SHOW CAUSE AND FOR SANCTIONS

THIS MATTER is before the Court on Defendant King's Motion for Order to Show Cause and for Sanctions [Doc. 237] ("Motion"), filed March 11, 2013, in the master case 12-cv-0817 WJ/SMV.  On March 19, 2013, Defendant King amended her Motion for Order to Show Cause and for Sanctions [Doc. 241].  The Court, having read the two Motions, finds that the amended Motion [Doc. 241] supersedes the original Motion [Doc. 237].  The Court finds, therefore, that the original Motion should be denied as moot.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant King's Motion for Order to Show Cause and for Sanctions [Doc. 237] is **DENIED as moot**.

**IT IS SO ORDERED**.

                                                    _____
                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**