UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter
11 Trustee of the bankruptcy estate
Of the Vaughan Company, Realtors,

                  **Plaintiff,**

v.

                  Master Case No. 12-CV-00817-WJ-SMV
                  (Original Case No. 12-cv-00328-WJ-SMV)

**EVELYN KING,**

                  **Defendant.**

## STIPULATED ORDER ALLOWING DEFENDANT EVELYN KING TO PROPOUND DISCOVERY PAST THE DEADLINE FOR THE SAME

THIS MATTER having come before the Court upon the stipulation of the parties, as evidenced by the approval of the undersigned counsel, and the Court being otherwise fully advised in the premises, here by FINDS:

1. On November 15, 2012, the Court entered a Scheduling Order in connection with the above-captioned case. As set forth in the Scheduling Order, the deadline for the Defendant to serve written interrogatories, requests for production, and requests for admission was March 15, 2013;

2. Defendant failed to serve Plaintiff with discovery prior to March 15, 2013; and

3. Plaintiff has agreed to allow Defendant to serve written discovery on the Plaintiff within five (5) days of entry of this Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Evelyn King has five (5) days from the entry of this order to serve discovery on Plaintiff.

IT IS FURTHER ORDERED that that Plaintiff has stipulated to not object to the discovery on the grounds that it is untimely.

STEPHAN M. VIDMAR
United States Magistrate Judge

Respectfully Submitted:

ALBUQUERQUE BUSINESS LAW, P.C.

/s/ " *electronically submitted*"
James T. Burns III
Don Harris
*Counsel for Defendant*
1803 Rio Grande Blvd NW Suite B
Albuquerque, NM 87104
(505) 246-2878
(505) 246-0900 –facsimile
Email: james@abqbizlaw.com

Approved By:

ASKEW & MAZEL LLC

Electronically approved 4/8/2013
Edward A. Mazel
*Counsel for Plaintiff*
320 Gold Ave. S.W. Ste. 300A
Albuquerque, NM 87102
(505) 433-3097
(505)717-1494 – facsimile
Email: edmazel@askewmazelfirm.com