## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

      Plaintiff,                    Master Case No. 12-cv-0817 WJ/SMV

v.                                  (USDC Case No. 12-cv-0201 WJ/SMV)

DURANO ENTERS., LTD.,
DURANO CONST.,
DEMOSTHENES DURANO, and
GLENDA DURANO,

      Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      Monday, April 22, 2013, at 2:30 p.m.

**Matter to be heard**:  Status of the case

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Monday, April 22, 2013, at 2:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. The Meet Me line accepts no more than five incoming telephone lines at a time; it is counsel's responsibility to coordinate with each other to ensure that no more than five incoming telephone lines are utilized.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**