UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter
11 Trustee of the bankruptcy estate
of the Vaughan Company, Realtors,

    Plaintiff,

v.      Master Case No. 12-CV-00817-WJ-SMV

    (Case No. 12-CV-00298-WJ-SMV)

ALAMEDA GREENHOUSES & NURSERY, INC.
    Defendant.

### STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COMPLAINT

This matter came before the Court upon the stipulation of the parties hereto. After reviewing the pleadings of record, and being otherwise sufficiently advised on the premises, the Court FINDS that good cause exists for entry of this Order.

IT IS HEREBY ORDERED that defendant Alameda Greenhouses & Nursery, Inc. shall have through and until May 3, 2013 to file an answer or other responsive pleading to the Trustee's Complaint in the above-captioned adversary proceeding.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

**Submitted by:**

ASKEW & MAZEL, LLC

By: *Submitted on 4/19/13*
    James A. Askew
    Edward A. Mazel
    Mark Allen
    320 Gold Ave. S.W., Suite 300A
    Albuquerque, NM 87102
    (505) 433.3097 (phone)
    (505) 717.1494 (fax)
*Attorneys for the Chapter 11 Trustee*


**Approved by:**

ALDRIDGE, GRAMMER & HAMMAR, P.A.

By: *Approved via e-mail 4/17/13*
    Jason M. Wexler
    1212 Pennsylvania NE
    Albuquerque, NM  87110
    Tel:   505.266.8787
    Fax:  505.255.4029


BECKER & POLIAKOFF, LLP

By: *Approved via e-mail 4/16/13*
    Helen Davis Chaitman
    45 Broadway
    8th Floor
    New York, NY 10006
    (212) 599-3322

*Attorneys for Defendant*