UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter 11 Trustee of the
bankruptcy estate of the Vaughan Company, Realtors,

      Plaintiff,

v.                                    Master Case No. 12-CV-00817-WJ-SMV
                                      (Case No. 12-CV-00188-WJ-SMV)

JULES APPELMAN, as personal representative
Of the estate of Shirley Herndon,

      Defendant.

### STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO COMPLAINT

This matter came before the Court upon the stipulation of the parties hereto. After reviewing the pleadings of record, and being otherwise sufficiently advised on the premises, the Court FINDS that good cause exists for entry of this Order.

IT IS HEREBY ORDERED that defendant Jules Appelman, as personal representative of the estate of Shirley Herndon shall have through and until May 15, 2013 to file an answer or other responsive pleading to the Trustee's Complaint in the above-captioned adversary proceeding.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

ASKEW & MAZEL, LLC

By: *submitted on 4/30/13*
    James A. Askew
    Edward A. Mazel
    Mark W. Allen
    320 Gold Ave. S.W., Suite 300A
    Albuquerque, NM 87102
    (505) 433.3097 (phone)
    (505) 717.1494 (fax)
*Attorneys for the Chapter 11 Trustee*


**Approved by:**

*Approved via e-mail on 4/30/13*
Merrie L. Chappell, Esq.
P.O. Box 21333
Albuquerque, NM 87153-1333
(505) 299-0180

BECKER & POLIAKOFF, LLP
Helen Davis Chaitman
45 Broadway
New York, NY 10006
(212) 599-3322

*Attorneys for Jules Appelman, as personal representative of the estate of Shirley Herndon*