UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter
11 Trustee of the bankruptcy estate
of the Vaughan Company, Realtors,

    Plaintiff,

v.                               **Master Case No. 12-cv-817-WJ-SMV**
                               (Case No. 12-cv-547-WJ-SMV)

DONALD LACY,
DEANNA LACY,
DORIS LACY,
    Defendants.

### STIPULATED ORDER DISMISSING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER WITHOUT PREJUDICE

This matter came before the Court upon the stipulation of the parties hereto. The Court FINDS:

A.    Defendants agree to withdraw their *First Set of Interrogatories Propounded upon Plaintiff* and *First Requests for Production of Documents*;

B.    The parties agree that each party shall bear its own costs and fees;

C.    The Plaintiff agrees to withdraw her *Motion for Protective Order*;

D.    Entry of this Order is appropriate under the circumstances.

IT IS HEREBY ORDERED:

1.    That Defendants' *First Set of Interrogatories Propounded upon Plaintiff* and *First Requests for Production of Documents* are withdrawn.

2.    That no response is required to Defendants' *First Set of Interrogatories Propounded upon Plaintiff* and *First Requests for Production of Document.*

3.    That the Plaintiff withdraws her *Motion for Protective Order.*

{20026.70012 - 00049466 }

4.       That the parties are to bear their own costs and fees with respect to Plaintiff's *Motion for Protective Order*.

_____
HONORABLE STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE


Submitted by:

ASKEW & MAZEL, LLC

By: *s/ submitted electronically on 5/3/13*
    James A. Askew
    Edward A. Mazel
    Mark W. Allen
    320 Gold Ave SW, Ste. 300A
    Albuquerque, NM 87102
    505.433.3097
    505.717.1494 (fax)
*Attorneys for Plaintiff*


Approved by:

PUCCINI & MEAGLE, LLC

By: *approved via e-mail on 5/3/13*
    Shay Elizabeth Meagle
    11200 Lomas Blvd. NE, Ste 200
    Albuquerque, NM 87112
*Attorneys for Defendants*