UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter 11 Trustee of the
bankruptcy estate of the Vaughan Company, Realtors,

     Plaintiff,

v.

     Master Case No. 12-CV-00817-WJ/SMV
     (Case No. 12-CV-263-WJ/SMV)

IRENE TARRO,

     Defendant.

### STIPULATED ORDER (I) EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR PRODUCTION, AND (II) EXTENDING DEADLINE FOR PLAINTIFF TO DEPOSE DEFENDANT

This matter came before the Court upon the stipulation of the parties hereto, as evidenced by the approval of counsel for the parties below. The Court, being sufficiently informed, hereby FINDS:

    A.     On November 14, 2012, the Court entered the *Scheduling Order* for this case (Docket No. 135);

    B.     In the Scheduling Order, the Court set, *inter alia*, certain discovery deadlines, including a May 31, 2013 deadline for completion of all discovery except for expert reports and expert depositions;

    C.     On March 15, 2013, Plaintiff served the Defendant with her First Request for Admissions, Interrogatories, and Request for Production (the "**Discovery Request**");

    D.     On May 14, 2013, counsel for Defendant contacted Counsel for Plaintiff to request an extension until May 24, 2013 to respond to the Discovery Requests;

E. Plaintiff agrees to the requested extension provided that the deadline for "completion of all discovery except expert reports and expert depositions" is also extended for the sole purpose of allowing Plaintiff to conduct a deposition of Defendant ; and

F. Good cause exists for entry of this Order and no just reasons exist to delay entry hereof.

IT IS ORDERED:

1. Defendant shall have through and until June 17, 2013, to respond to the Plaintiff's Discovery Requests.

2. The deadline for "completion of all discovery except expert reports and expert depositions" is extended through and until June 30, 2013, for the sole purpose of allowing Plaintiff to conduct a deposition of Defendant.

3. All other deadlines set forth in the Scheduling Order not explicitly extended herein, shall remain in full force and effect.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

ASKEW & MAZEL, LLC

By: *Submitted on 5/29/13*
James A. Askew
Edward A. Mazel
Mark Allen
320 Gold Ave. S.W., Suite 300A
Albuquerque, NM 87102
(505) 433.3097 (phone)
(505) 717.1494 (fax)
*Attorneys for Plaintiff*

**Approved by:**

CADIGAN LAW FIRM, P.C.

By: *Approved via e-mail 5/29/13*
   Michael J. Cadigan
   3840 Masthead Street, N.E.
   Albuquerque, NM  87109
   Tel:   505.830.2076
   Fax:  505.830.2385
*Attorneys for Defendant*