IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                   Master Case No. 12-cv-0817 WJ/SMV

v.                                             (USDC Case No. 12-cv-0392 WJ/SMV)

WE INVS., LLC,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    Wednesday, June 19, 2013, at 9:00 a.m.

    **Matter to be heard**:   Scheduling a Settlement Conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Wednesday, June 19, 2013, at 9:00 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.