IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

      Plaintiff,                             Master Case No. 12-cv-0817 WJ/SMV

v.                                        (USDC Case No. 12-cv-0529 WJ/SMV)

MARK DAHRLING, MAURA DAHRLING,
DAHRLING ENTERPRISES, INC.,

      Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION FOR REASONABLE EXPENSES

THIS MATTER is before the Court on its Order Granting Plaintiff's Motion to Compel, issued on June 13, 2013. [Doc. 359]. The Court ordered Defendants[1] to show cause no later than June 18, 2013, why they should not be ordered to pay Plaintiff's "reasonable expenses incurred in making [her Motion to Compel [Doc. 339]], including attorney's fees." *Id.* at 3 (quoting Fed. R. Civ. P. 37(a)(5)). Defendants have not responded or otherwise shown cause, nor have they requested an extension of time to do. Accordingly, the Court will order Defendants to pay such reasonable expenses.

**IT IS THEREFORE ORDERED, ADJUGED, AND DECREED** that **within seven days**, counsel for Plaintiff shall submit an affidavit outlining the expenses, including attorney's fees, she incurred in relation to her Motion to Compel [Doc. 339].

IT IS SO ORDERED.

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**

---

[1] Only the individual Defendants remain; a Stipulated Final Judgment Against Defendant Dahrling Enterprises, Inc., was entered on February 27, 2013. [Doc. 12] in case number 12-cv-0529 WJ/SMV.