IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

      Plaintiff,                               Master Case No. 12-cv-0817 WJ/SMV

v.                                               (USDC Case No. 12-cv-0529 WJ/SMV)

MARK DAHRLING, MAURA DAHRLING,
DAHRLING ENTERPRISES, INC.,

    Defendants.

## ORDER TO PAY PLAINTIFF'S REASONABLE EXPENSES

THIS MATTER is before the Court on Plaintiff's counsel's Affidavit [Doc. 382], filed on June 26, 2013, at the Court's direction. *See* [Doc. 371]. On June 13, 2013, the Court entered its Order Granting Plaintiff's Motion to Compel [Doc. 339] and ordered Defendants[1] to show cause no later than June 18, 2013, why they should not be ordered to pay Plaintiff's "reasonable expenses incurred in making [her Motion to Compel [Doc. 339]], including attorney's fees." [Doc. 359] at 3 (quoting Fed. R. Civ. P. 37(a)(5)). Defendants did not respond or otherwise show cause, nor did they request an extension of time to do. Accordingly, the Court ordered them to pay such reasonable expenses. [Doc. 371]. Plaintiff's counsel has submitted an affidavit outlining the expenses, including attorney's fees, incurred in relation to the Motion to Compel

---

[1] Only the individual Defendants remain; a Stipulated Final Judgment Against Defendant Dahrling Enterprises, Inc., was entered on February 27, 2013. [Doc. 12] in case number 12-cv-0529 WJ/SMV

[Doc. 339]. The Court finds that the amounts identified—$515.50 in fees and $36.09 in taxes, for a total of $551.59—are reasonable.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants shall pay Plaintiff $551.59 pursuant to Fed. R. Civ. P. 37(a)(5) within 15 days.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**