IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

       Debtor(s).

JUDITH A. WAGNER,

       Plaintiff,                        Master Case No. 12-cv-0817 WJ/SMV

v.                                        (USDC Case No. 12-cv-0494 WJ/SMV)

RONALD HEGGEM, et al.,

       Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

       **Date and time**:       Friday, July 12, 2013, at 9:00 a.m.

       **Matter to be heard**:  Status of the settlement.

       **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Wednesday, June 19, 2013, at 9:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

       **IT IS SO ORDERED.**

                                                                 _____
                                                                  **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.