IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

      Debtor(s).

JUDITH A. WAGNER,

      Plaintiff,                        Master Case No. 12-cv-0817 WJ/SMV

v.                                   (USDC Case No. 12-cv-0413 WJ/SMV)

JULIUS WOLLEN, et al.,

      Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE TO COMPLETE THE JOINT STATUS REPORT

THIS MATTER is before the Court on Defendants' Motion to Extend Deadline to Complete the Joint Status Report and Provisional Discovery Plan [Doc. 392] ("Motion"). Defendants request to extend the filing deadline for the Joint Status Report ("JSR") from July 10, 2013, to July 15, 2013.  Motion [Doc. 392] at 1.  The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that it is well-taken and should be granted.

      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Extend Deadline to Complete the Joint Status Report and Provisional Discovery Plan [Doc. 392] is GRANTED.  The filing deadline for the JSR is rescheduled from July 10, 2013, to July 15, 2013.

      IT IS SO ORDERED.

                                  _____

                                  STEPHAN M. VIDMAR
                                  United States Magistrate Judge