# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**In Re:**
**THE VAUGHAN COMPANY, REALTORS**

    **Debtor(s).**

**JUDITH A. WAGNER,**

    **Plaintiff,**                                                                                   **Master Case No. 12-cv-0817 WJ/SMV**

**v.**

| | |
|---|---|
| **JONATHAN LEVANN;** | (USDC Case No. 12-cv-0187 WJ/SMV) |
| **JULES APPELMAN, as personal representative of the estate of Shirley Herndon;** | (USDC Case No. 12-cv-0188 WJ/SMV) |
| **RONALD FRANK;** | (USDC Case No. 12-cv-0189 WJ/SMV) |
| **VICKI FRANK;** | (USDC Case No. 12-cv-0190 WJ/SMV) |
| **JULES APPELMAN, et al.;** | (USDC Case No. 12-cv-0197 WJ/SMV) |
| **DAVID DEFURIA;** | (USDC Case No. 12-cv-0200 WJ/SMV) |
| **DURANO ENTERS., LTD., et al.,** | (USDC Case No. 12-cv-0201 WJ/SMV) |
| **MICHAEL MENKE;** | (USDC Case No. 12-cv-0203 WJ/SMV) |
| **JAMES RICHARDS;** | (USDC Case No. 12-cv-0207 WJ/SMV) |
| **SCOTT O'HARA;** | (USDC Case No. 12-cv-0208 WJ/SMV) |
| **DANIEL FENTON, et al.;** | (USDC Case No. 12-cv-0241 WJ/SMV) |
| **MICHAEL ROSENBERG, et al.;** | (USDC Case No. 12-cv-0270 WJ/SMV) |
| **EDITH TARBESCU-DEUTSCHMANN;** | (USDC Case No. 12-cv-0290 WJ/SMV) |
| **STEVEN PAZAND;** | (USDC Case No. 12-cv-0291 WJ/SMV) |

| | |
|---|---|
| **FRANCIS HOVORKA;** | (USDC Case No. 12-cv-0299 WJ/SMV) |
| **MOSTAFA JAFARI;** | (USDC Case No. 12-cv-0300 WJ/SMV) |
| **ABBAS ANSARI, et al.;** | (USDC Case No. 12-cv-0301 WJ/SMV) |
| **MARIE YEH, et al.;** | (USDC Case No. 12-cv-0303 WJ/SMV) |
| **MERRION FAMILY LTD. P'SHIP;** | (USDC Case No. 12-cv-0306 WJ/SMV) |
| **DENNIS FAHEY;** | (USDC Case No. 12-cv-0359 WJ/SMV) |
| **JERRY DAVIS, et al.;** | (USDC Case No. 12-cv-0360 WJ/SMV) |
| **SAID BANDI, et al.;** | (USDC Case No. 12-cv-0391 WJ/SMV) |
| **AUDREY NAPOLEON;** | (USDC Case No. 12-cv-0393 WJ/SMV) |
| **JILL PLAMAN,** | (USDC Case No. 12-cv-0496 WJ/SMV) |
| **MICHAEL PLAMAN, et al.,** | (USDC Case No. 12-cv-0497 WJ/SMV) |
| **STEVEN S. ETKIND, et al.,** | (USDC Case No. 12-cv-0754 WJ/SMV) |
| **JANICE DORN, et al.;** | (USDC Case No. 12-cv-0870 WJ/SMV) |
| **DANIEL R. MOWERY, et al.;** | (USDC Case No. 12-cv-1105 WJ/SMV) |

  **Defendants.**

## ORDER AMENDING LOCATION OF THE
## OMNIBUS RULE 16 SCHEDULING CONFERENCE

  THIS MATTER is before the Court sua sponte.  The Court's Omnibus Initial Scheduling Order [387] is **AMENDED** to reflect the following change in location only:  The omnibus Rule 16 initial scheduling conference scheduled for Tuesday, October 15, 2013, at 9:00 a.m., will now be held in the **Cimarron Courtroom,** on the **fifth** floor of the Pete V. Domenici United

2

States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.  All other deadlines and settings in the Court's Omnibus Initial Scheduling Order [387]  remain unchanged.

    **IT IS SO ORDERED**.

                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**