IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                     Master Case No. 12-cv-0817 WJ/SMV

v.                                               (USDC Case No. 12-cv-1049 WJ/SMV)

LYMAN S. ATCHLEY,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 395], filed July 10, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 414], filed July 29, 2013.

                                                          _____
                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**