IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                    Master Case No. 12-cv-0817 WJ/SMV

v.                                                (USDC Case No. 12-cv-0802 WJ/SMV)

DEBORAH DAVIS,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 396], filed July 10, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 418], filed July 29, 2013.

                                                                                _____
                                                                                STEPHAN M. VIDMAR
                                                                                **United States Magistrate Judge**