IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                  Master Case No. 12-cv-0817 WJ/SMV

v.                                               (USDC Case No. 12-cv-0637 WJ/SMV)

ADELINA GRAEF,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 397], filed July 10, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 421], filed July 29, 2013.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**