## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:
**THE VAUGHAN COMPANY, REALTORS**

      Debtor(s).

**JUDITH A. WAGNER,**

      Plaintiff,                                 **Master Case No. 12-cv-0817 WJ/SMV**

v.                                                   (USDC Case No. 12-cv-0413 WJ/SMV)

**JULIUS WOLLEN, et al.,**

      Defendants.

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 400], filed July 15, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 425], filed July 29, 2013.

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**