IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS,
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                 Master Case No. 12-cv-0817 WJ/SMV

v.                                          (USDC Case No. 12-cv-0263 WJ/SMV)

IRENE TARRO,

    Defendant.

**STIPULATED ORDER (I) EXTENDING DEADLINE TO FILE DISCOVERY MOTIONS AND (II) EXTENDING DEADLINE TO FILE PRETRIAL MOTIONS**

       This matter came before the Court upon the stipulation of the parties hereto. The parties have recently exchanged additional documents and are working together to complete discovery and as a result have agreed to extend the deadline to file discovery motions and the deadline to file dispositive motions thirty (30) days each. After reviewing the pleadings of record, and being otherwise sufficiently advised on the premises, the Court FINDS that good cause exists for entry of this Order.

       IT IS HEREBY ORDERED that Plaintiff and the above-captioned defendant shall each have through and until **September 16, 2013** to file motions relating to discovery with the court and serve them on opposing parties (including, but not limited to, motions to compel and motions for protective order). This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

1

IT IS FURTHER ORDERED that Plaintiff and the above-captioned defendant shall each have through and until **September 30, 2013** to file pretrial motions, other than discovery motions, with the Court, and serve the same on opposing parties.

IT IS FURTHER ORDERED that the deadline to file a consolidated Pretrial Order is moved back to accommodate this extension as follows: Plaintiff to Defendant on or before **October 15, 2013**; Defendant to Court on or before **October 21, 2013**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**[1]

**Submitted by:**

ASKEW & MAZEL, LLC

*s/ submitted electronically*
 James A. Askew
 Edward A. Mazel
 Daniel A. White
 320 Gold Ave. S.W., Suite 300A
 Albuquerque, NM 87102
 (505) 433.3097 (phone)
 (505) 717.1494 (fax)
*Attorneys for the Chapter 11 Trustee*

---

[1] The Court made the following changes to this stipulated Order: formatting the heading, correcting spelling errors, correcting one of the suggested dates, formatting the Judge's signature block, and adding this footnote. The rest of this Order is unchanged from that submitted by the parties.

2

**Approved by:**

CADIGAN LAW FIRM, P.C.

By: *Approved via e-mail 8/13/13*
    Michael J. Cadigan
    3840 Masthead Street, N.E.
    Albuquerque, NM  87109
    Tel:   505.830.2076
    Fax:  505.830.2385
*Attorneys for Defendant*