## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:
**THE VAUGHAN COMPANY, REALTORS**
    Debtor(s).

**JUDITH A. WAGNER,**

    Plaintiff,                                Master Case No. 12-cv-0817 WJ/SMV

v.                                          (USDC Case No. 12-cv-0529 WJ/SMV)

**MARK DAHRLING, MAURA DAHRLING,**
**DAHRLING ENTERPRISES, INC.,**

    Defendants.

## ORDER GRANTING PLAINTIFF'S
## SECOND MOTION FOR REASONABLE EXPENSES

THIS MATTER is before the Court on its Order Granting Plaintiff's Motion to Compel Responses in aid of Execution, issued on August 6, 2013. [Doc. 431]. The Court ordered Defendant Dahrling Enterprises, Inc., to show cause within five days why it should not be ordered to pay Plaintiff's "reasonable expenses incurred in making [her Motion to Compel Responses in aid of Execution [Doc. 403]], including attorney's fees." [Doc. 431] at 3 (quoting Fed. R. Civ. P. 37(a)(5)). Defendant has not responded or otherwise shown cause, nor has it requested an extension of time to do. Accordingly, the Court will order Defendant Dahrling Enterprises, Inc., to pay such reasonable expenses.

**IT IS THEREFORE ORDERED, ADJUGED, AND DECREED** that **within seven days**, counsel for Plaintiff shall submit an affidavit outlining the expenses, including

attorney's fees, she incurred in relation to her Motion to Compel Responses in aid of Execution [Doc. 403].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**