# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

In Re:
**THE VAUGHAN COMPANY, REALTORS**

     **Debtor(s).**

**JUDITH A. WAGNER,**

     **Plaintiff,**                      **Master Case No. 12-cv-0817 WJ/SMV**

**v.**                                 (USDC Case No. 12-cv-0393 WJ/SMV)

**AUDREY NAPOLEON,**

     **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     October 3, 2013, at 10:00 a.m.

**Matter to be heard**:  To discuss why the JSR has not been filed.

     **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set **October 3, 2013, at 10:00 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

     **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.