# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**In Re:**
**THE VAUGHAN COMPANY, REALTORS**

      **Debtor(s).**

**JUDITH A. WAGNER,**

      **Plaintiff,**    Master Case No. 12-cv-0817 WJ/SMV

**v.**

| | |
|---|---|
| **JONATHAN LEVANN;** | (USDC Case No. 12-cv-0187 WJ/SMV) |
| **JULES APPELMAN, as personal representative of the estate of Shirley Herndon;** | (USDC Case No. 12-cv-0188 WJ/SMV) |
| **RONALD FRANK;** | (USDC Case No. 12-cv-0189 WJ/SMV) |
| **VICKI FRANK;** | (USDC Case No. 12-cv-0190 WJ/SMV) |
| **JULES APPELMAN, et al.;** | (USDC Case No. 12-cv-0197 WJ/SMV) |
| **DAVID DEFURIA;** | (USDC Case No. 12-cv-0200 WJ/SMV) |
| **DURANO ENTERS., LTD., et al.,** | (USDC Case No. 12-cv-0201 WJ/SMV) |
| **MICHAEL MENKE;** | (USDC Case No. 12-cv-0203 WJ/SMV) |
| **JAMES RICHARDS;** | (USDC Case No. 12-cv-0207 WJ/SMV) |
| **SCOTT O'HARA;** | (USDC Case No. 12-cv-0208 WJ/SMV) |
| **DANIEL FENTON, et al.;** | (USDC Case No. 12-cv-0241 WJ/SMV) |
| **MICHAEL ROSENBERG, et al.;** | (USDC Case No. 12-cv-0270 WJ/SMV) |
| **STEVEN PAZAND;** | (USDC Case No. 12-cv-0291 WJ/SMV) |
| **FRANCIS HOVORKA;** | (USDC Case No. 12-cv-0299 WJ/SMV) |

| | |
|---|---|
| **MOSTAFA JAFARI;** | (USDC Case No. 12-cv-0300 WJ/SMV) |
| **ABBAS ANSARI, et al.;** | (USDC Case No. 12-cv-0301 WJ/SMV) |
| **MARIE YEH, et al.;** | (USDC Case No. 12-cv-0303 WJ/SMV) |
| **MERRION FAMILY LTD. P'SHIP;** | (USDC Case No. 12-cv-0306 WJ/SMV) |
| **DENNIS FAHEY;** | (USDC Case No. 12-cv-0359 WJ/SMV) |
| **JERRY DAVIS, et al.;** | (USDC Case No. 12-cv-0360 WJ/SMV) |
| **SAID BANDI, et al.;** | (USDC Case No. 12-cv-0391 WJ/SMV) |
| **JILL PLAMAN,** | (USDC Case No. 12-cv-0496 WJ/SMV) |
| **MICHAEL PLAMAN, et al.,** | (USDC Case No. 12-cv-0497 WJ/SMV) |
| **STEVEN S. ETKIND, et al.,** | (USDC Case No. 12-cv-0754 WJ/SMV) |
| **DANIEL R. MOWERY, et al.;** | (USDC Case No. 12-cv-1105 WJ/SMV) |

**Defendants.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Reports and Provisional Discovery Plans, filed on or around September 20, 2013, the Court adopts the Joint Status Reports and Provisional Discovery Plans as modified by the Court's Scheduling Order, filed concurrently herewith.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**