UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter 11 Trustee of the
bankruptcy estate of the Vaughan Company, Realtors,

    Plaintiff,

v().                           **Master Case No. 12-CV-00817-WJ/SMV**
                              (Case No. 12-CV-263-WJ/SMV)

IRENE TARRO,

    Defendant.

## STIPULATED ORDER EXTENDING DEADLINE TO FILE FINAL PRETRIAL ORDER

      This matter came before the Court upon the stipulation of the parties hereto. The parties have agreed to extend the deadline to file the consolidated Pretrial Order in order to afford Defendant the ability to thoroughly address all issues outlined by Plaintiff in Plaintiff's portion of the Pretrial Order. After reviewing the pleadings of record, and being otherwise sufficiently advised on the premises, the Court finds that good cause exists for the entry of this Order.

      IT IS HEREBY ORDERED that Defendant shall submit to the Court the consolidated Pretrial Order on or before **October 25, 2013**.

                                  HONORABLE STEPHAN M. VIDMAR
                                  UNITED STATES MAGISTRATE JUDGE

Submitted by:

CADIGAN LAW FIRM, P.C.

*/s/Michael J. Cadigan*
Michael J. Cadigan
Kristina Caffrey
Mark Dinelli
3840 Masthead St. NE
Albuquerque, NM 87109
(505) 830-2076
(505) 830-2385 (fax)
*Attorneys for the Defendant*


Approved by:

ASKEW & MAZEL, LLC

*Approved via email October 21, 2013*
James A. Askew
Edward A. Mazel
Daniel A. White
320 Gold Ave SW, Suite 300A
Albuquerque, NM 87102
(505) 433-3097
(505) 717-1494
*Attorneys for the Chapter 11 Trustee*