## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**In Re:**
**THE VAUGHAN COMPANY, REALTORS**
    **Debtor(s).**

**JUDITH A. WAGNER,**

    **Plaintiff,**                                      **Master Case No. 12-cv-0817 WJ/SMV**

**v.**                                                        (USDC Case No. 12-cv-0220 WJ/SMV)

**JULIE FELD and ANDY FELD,**

    **Defendants.**

*and*

**In Re:**
**THE VAUGHAN COMPANY, REALTORS**
    **Debtor(s).**

**JUDITH A. WAGNER,**

    **Plaintiff,**                                      **Master Case No. 12-cv-0817 WJ/SMV**

**v.**                                                        (USDC Case No. 12-cv-0263 WJ/SMV)

**IRENE TARRO,**

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:        October 31, 2013, at 11:00 a.m.

    **Matter to be heard**:   Status conference to set settlement conferences.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for October 31, 2013, at 11:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me"

line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference in *Tarro*, 12-cv-0263, and discuss the possibility of a follow-up settlement conference in *Feld*, 12-cv-0220.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.