IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                    Master Case No. 12-cv-0817 WJ/SMV

v.                             (USDC Case No. 13-cv-0662 WJ/SMV)

RICHARD JOHNSON and
CHERYL JOHNSON

    Defendants.

## ORDER STRIKING DOCUMENTS AND RESETTING DEADLINES

THIS MATTER is before the Court on Plaintiff's Joint Status Report and Provisional Discovery Plan [Doc. 583] and on Defendants' Rule 26(f) Report and Provisional Discovery Plan [Doc. 584], both filed on October 29, 2013. The parties have not met and conferred, as ordered. Therefore, both documents will be **STRICKEN**.

Additionally, the deadlines set forth in the Court's Initial Scheduling Order [Doc. 544], issued on September 30, 2013, are amended as follows:

1. The parties, appearing through counsel or pro se, will "meet and confer" no later than **Monday, November 4, 2013, at 12:00 noon**, to formulate a Provisional Discovery Plan. Fed R. Civ. P. 26(f). If the parties do not meet at confer by this date and time, counsel shall call chambers to request a status conference.

2.  Plaintiff (or Defendant in removed cases) is responsible for filing the Joint Status Report and Provisional Discovery Plan by **Friday, November 8, 2013, at 5:00 p.m.**

Other than the changes listed herein, the Court's Initial Scheduling Order [Doc. 544], issued on September 30, 2013, remains in effect.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**