**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                    Master Case No. 12-cv-0817 WJ/SMV

v.                                                    (USDC Case No. 12-cv-0220 WJ/SMV)

JULIE FELD and ANDY FELD,

    Defendants.

**ORDER SETTING SECOND SETTLEMENT CONFERENCE**

THIS MATTER is before the Court on a telephonic status conference, held on October 31, 2013. Accordingly, to facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on **November 25, 2013, at 1:30 p.m.** in the Mimbres Courtroom, Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person.

By no later than **November 11, 2013**, each party must provide the Court, in confidence, a concise position statement (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case. The position statement should also provide a brief

summary of any significant events that have occurred since the first settlement conference (i.e., new facts disclosed through discovery, rulings on substantive motions, etc.) and explain how such events have changed counsel's evaluation of the case, if applicable.  Position statements should be submitted to the Court by electronic mail to **VidmarChambers@nmcourt.fed.us**.

Furthermore, if any party has in its possession any video or audio recordings of the incident on which this action is based, that party must submit a copy of the recording to the Court no later than **November 15, 2013**.

The settlement conference may not be vacated or rescheduled except upon motion by the party or parties seeking to reschedule for good cause shown.  Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**