IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                  Master Case No. 12-cv-0817 WJ/SMV

v.                                                (USDC Case No. 12-cv-0413 WJ/SMV)

JULIUS WOLLEN, et al.,

    Defendants.

## AMENDED[1] ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      November 12, 2013, at 3:00 p.m.

**Matter to be heard**:  Status of case in preparation for settlement conference

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for November 12, 2013, at 3:00 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

---

[1] This order is amended to reflect that the status conference will be held on November **12**, 2013, not November 13.
[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.