IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                Master Case No. 12-cv-0817 WJ/SMV

v.                                          (USDC Case No. 13-cv-0662 WJ/SMV)

RICHARD JOHNSON and
CHERYL JOHNSON

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    February 13, 2014, at 10:00 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for February 13, 2014, at 10:00 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.