IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS
    Debtor(s).

JUDITH A. WAGNER,
    Plaintiff,                               Master Case No. 12-cv-0817 WJ/SMV

v.

WILLIAM HILLIARD, et al.;            (USDC Case No. 13-cv-0790 WJ/SMV)

DOUGLAS JONES, et al.;              (USDC Case No. 13-cv-0857 WJ/SMV)

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter, which has been approved by the Bankruptcy Court. [Doc. 632].

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **January 2, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
 **STEPHAN M. VIDMAR**
 **United States Magistrate Judge**