IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**In Re:**
**THE VAUGHAN COMPANY, REALTORS**

    Debtor(s).

**JUDITH A. WAGNER,**

    Plaintiff,                                       Master Case No. 12-cv-0817 WJ/SMV

**v.**

| | |
|---|---|
| **JONATHAN LEVANN;** | (USDC Case No. 12-cv-0187 WJ/SMV) |
| **JULES APPELMAN, as personal representative of the estate of Shirley Herndon;** | (USDC Case No. 12-cv-0188 WJ/SMV) |
| **RONALD FRANK;** | (USDC Case No. 12-cv-0189 WJ/SMV) |
| **VICKI FRANK;** | (USDC Case No. 12-cv-0190 WJ/SMV) |
| **JULES APPELMAN, et al.;** | (USDC Case No. 12-cv-0197 WJ/SMV) |
| **DAVID DEFURIA;** | (USDC Case No. 12-cv-0200 WJ/SMV) |
| **MICHAEL MENKE;** | (USDC Case No. 12-cv-0203 WJ/SMV) |
| **JAMES RICHARDS;** | (USDC Case No. 12-cv-0207 WJ/SMV) |
| **SCOTT O'HARA;** | (USDC Case No. 12-cv-0208 WJ/SMV) |
| **DANIEL FENTON, et al.;** | (USDC Case No. 12-cv-0241 WJ/SMV) |
| **MICHAEL ROSENBERG, et al.;** | (USDC Case No. 12-cv-0270 WJ/SMV) |
| **STEVEN PAZAND;** | (USDC Case No. 12-cv-0291 WJ/SMV) |
| **FRANCIS HOVORKA;** | (USDC Case No. 12-cv-0299 WJ/SMV) |
| **MOSTAFA JAFARI;** | (USDC Case No. 12-cv-0300 WJ/SMV) |

| | |
|---|---|
| **ABBAS ANSARI, et al.;** | (USDC Case No. 12-cv-0301 WJ/SMV) |
| **MARIE YEH, et al.;** | (USDC Case No. 12-cv-0303 WJ/SMV) |
| **MERRION FAMILY LTD. P'SHIP;** | (USDC Case No. 12-cv-0306 WJ/SMV) |
| **DENNIS FAHEY;** | (USDC Case No. 12-cv-0359 WJ/SMV) |
| **JERRY DAVIS, et al.;** | (USDC Case No. 12-cv-0360 WJ/SMV) |
| **SAID BANDI, et al.;** | (USDC Case No. 12-cv-0391 WJ/SMV) |
| **STEVEN S. ETKIND, et al.,** | (USDC Case No. 12-cv-0754 WJ/SMV) |
| **DANIEL R. MOWERY, et al.;** | (USDC Case No. 12-cv-1105 WJ/SMV) |

      **Defendants.**

## AMENDED[1] ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   February 19, 2014, at 1:30 p.m.

**Matter to be heard**:   Omnibus conference regarding status of settlement negotiations

**IT IS ORDERED** that a telephonic status conference is set for February 19, 2014, at 1:30 p.m.  Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings.  Counsel shall be prepared to confer with Judge Vidmar regarding the status of settlement negotiations.

**IT IS SO ORDERED.**

                                                               _____
                                                               **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**

---

[1] This Order is amended to reflect the correct phone number for the Teleconference Line.