IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In Re:
THE VAUGHAN COMPANY, REALTORS

    Debtor(s).

JUDITH A. WAGNER,

    Plaintiff,                                     Master Case No. 12-cv-0817 WJ/SMV

v.                                                 (USDC Case No. 12-cv-0413 WJ/SMV)

JULIUS WOLLEN, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     March 4, 2014, at 1:30 p.m.

**Matter to be heard**:   Appointment of *Guardian ad litem*

**IT IS ORDERED** that a telephonic status conference is hereby set for **March 4, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.