UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| JUDITH A. WAGNER, Chapter 11 Trustee of the bankruptcy estate of The Vaughan Company, Realtors, | |
| | **Master Case No. 12-CV-00817-WJ-SMV** |
| Plaintiff, | |
| v. | |
| JONATHAN LEVANN, | Case No. 12-CV-00187-WJ-SMV |
| MICHAEL MENKE, | Case No. 12-CV-00203-WJ-SMV |
| JAMES RICHARDS, individually and as Trustee of the James Richards Revocable Trust, | Case No. 12-CV-00207-WJ-SMV |
| DANIEL FENTON, and NANCY FENTON, | Case No. 12-CV-00241-WJ-SMV |
| MOSTAFA JAFARI, MARTEZA JAFARI a/k/a MORTEZA JAFARI a/k/a MORI JAFARI, MARYAM JAFARI, MELIKA JAFARI, MOHAMMAD REZA JAFARI, ZAHRA JAFARI, VAHID DERISS, MOJTABA JAFARI, and FARZANEH JAFARI, | Case No. 12-CV-00300-WJ-SMV |
| ABBAS ANSARI and PEYMANEH POUR, husband and wife, | Case No. 12-CV-00301-WJ-SMV |
| MARIE YEH, individually and as personal representative of the estate of Chon-Chiun Yeh, JENNY YEH NELSON, JULIE C. LOUIE, DAVID L. LOUIE, JOHN DOE, as trustee of the YEH FAMILY REVOCABLE TRUST uta dated October 2, 2001, JIMMY CHIH MING YEH a/k/a JIMMY C. YEH, RACHEL HANYEH, and MARIE YEH as personal representative of the estate of Chon-Chiun Yeh d/b/a Chinese Acupuncture Clinic, | Case No. 12-CV-00303-WJ-SMV |

| | |
|---|---|
| SAID BANDI a/k/a SAID ALAGHE BANDI, individually, SAID BANDA d/b/a Bandi Engineering, BANDI ENGINEERING COMPANY, INC., ADF FINANCIAL, INC., SHAHLA BANDI a/k/a SHAHLA ZOLFAGHARI, MARYAM ALAGHE-BANDI, HAMID ALAGHE BANDI, HOSSEIN ALAGHE BANDI, ABDUL DABIRI, SHARAREH SHAHIN, And NEW MEXICO ACCOUNTING SPECIALISTS, INC., | Case No. 12-CV-00391-WJ-SMV |
| JILL PLAMAN, as personal representative of the estate of Carla Kosinski, | Case No. 12-CV-00496-WJ-SMV |
| STEVEN S. ETKIND and SHERRY ETKIND, husband and wife; STEVEN S. ETKIND, as trustee of STEVEN AND SHERRY ETKIND REVOCABLE LIVING TRUST; and TALIA ETKIND, | Case No. 12-CV-00754-WJ-SMV |

Defendants.

**STIPULATED ORDER MODIFYING SCHEDULING ORDER AND EXTENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter comes before the Court upon the stipulation of the parties hereto. The parties represent to the Court as follows:

1. On October 16, 2013, this Court entered a *Scheduling Order* (Doc. No. 566) (the "**Scheduling Order**"), which set various discovery deadlines, including, inter alia, a June 12, 2014 termination date for discovery, a June 2, 2014 deadline for discovery motions, and a July 14, 2014 deadline for pretrial motions.

2. The plaintiff and the above-captioned defendants, excluding Sharareh Shahin and New Mexico Accounting Specialists, Inc., in Case No. 12-CV-00391, who are in default, agree that more time is necessary to conduct discovery in the above-captioned cases.

3. On January 31, 2014, Plaintiff filed her *Motion for Partial Summary Judgment Against All Defendants on All But One Element of Trustee's Prima Facie Case on Actual and Constructive Fraudulent Transfers* (Doc. No. 731), and brief in support thereof (Doc. No. 732) (together, the "**MSJ**").

4. Plaintiff has agreed that the above-captioned defendants, excluding Sharareh Shahin and New Mexico Accounting Specialists, Inc., in Case No. 12-CV-00391, who are in default, may have additional time to respond to the MSJ, in order to facilitate ongoing discovery.

5. The Court, after reviewing the Motion, the pleadings of record, and being otherwise fully advised on the premises, hereby FINDS entry of this Order to be appropriate under the circumstances have no just reason exists to delay entry hereof.

IT IS HEREBY ORDERED that the deadlines set in the *Scheduling Order* (Doc. No. 566) are extended as follows:

A. The termination date for discovery set is extended through and until **July 31, 2014**.

B. The deadline for motions relating to discovery is extended through and until **August 14, 2014**.

C. The deadline for pretrial motions is extended through and until **August 21, 2014**.

D. The deadline for Plaintiff to provide a draft pretrial order to the Defendants is extended through and until **October 6, 2014**.

E. The deadline for the Defendants to provide the completed pretrial order to the Court is extended through and until **October 20, 2014**.

IT IS FURTHER ORDERED that the above-captioned defendants, except Sharareh Shahin and New Mexico Accounting Specialists, Inc., in Case No. 12-CV-00391, who are in default, may have through and until **July 22, 2014**, to respond to the Plaintiff's *Motion for Partial Summary*

3

*Judgment Against All Defendants on All But One Element of Trustee's Prima Facie Case on Actual and Constructive Fraudulent Transfers* (Doc. No. 731).

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

ASKEW & MAZEL, LLC

*s/ submitted electronically*
    James A. Askew
    Edward A. Mazel
    Daniel A. White
    320 Gold Ave. S.W., Suite 300A
    Albuquerque, NM 87102
    (505) 433.3097 (phone)
    (505) 717.1494 (fax)
*Attorneys for the Plaintiff*

**Approved by:**

BECKER & POLIAKOFF, LLP

By: *Approved via e-mail on 6/2/2014*
    Helen Davis Chaitman
    Julie Gorchkova
    45 Broadway
    New York, NY 10006
    Tel: (212) 599-3322

And

MERRIE CHAPPELL, ESQ.

By: *Approved on 6/2/2014*
    Merrie L. Chappell
    P.O. Box 21333
    Albuquerque, NM 87154-1333
    (505) 246-299-0180