# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

In Re:
**THE VAUGHAN COMPANY, REALTORS**

    Debtor(s).

**JUDITH A. WAGNER,**

    Plaintiff,                                 Master Case No. 12-cv-0817 WJ/SMV

v.                                           (USDC Case No. 12-cv-0187 WJ/SMV)

**JONATHAN LEVANN,**

    Defendant.

## ORDER SETTING TELEPHONIC MOTION HEARING

    **Date and time**:     June 12, 2014, at 3:30 p.m. MDT

    **Matter to be heard**:     Defendant's Notice of Non-Appearance and Motion for Protective Order Regarding Plaintiff's Notice of Deposition of Defendant [Doc. 890]

    **IT IS ORDERED** that a telephonic hearing is set for **June 12, 2014, at 3:30 p.m. MDT**.

To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**.

    **IT IS SO ORDERED.**

                                                  _____
                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**