# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| JUDITH A. WAGNER, Chapter 11 Trustee of the bankruptcy estate of The Vaughan Company, Realtors, | **Master Case No. 12-CV-00817-WJ-SMV** |
| Plaintiff, | |
| v. | |
| JONATHAN LEVANN, | Case No. 12-CV-00187-WJ-SMV |
| JAMES RICHARDS, individually and as Trustee of the James Richards Revocable Trust, | Case No. 12-CV-00207-WJ-SMV |
| DANIEL FENTON, and NANCY FENTON, | Case No. 12-CV-00241-WJ-SMV |
| MOSTAFA JAFARI, MARTEZA JAFARI a/k/a MORTEZA JAFARI a/k/a MORI JAFARI, MARYAM JAFARI, MELIKA JAFARI, MOHAMMAD REZA JAFARI, ZAHRA JAFARI, VAHID DERISS, MOJTABA JAFARI, and FARZANEH JAFARI, | Case No. 12-CV-00300-WJ-SMV |
| ABBAS ANSARI and PEYMANEH POUR, husband and wife, | Case No. 12-CV-00301-WJ-SMV |
| MARIE YEH, individually and as personal representative of the estate of Chon-Chiun Yeh, JENNY YEH NELSON, JULIE C. LOUIE, DAVID L. LOUIE, JOHN DOE, as trustee of the YEH FAMILY REVOCABLE TRUST uta dated October 2, 2001, JIMMY CHIH MING YEH a/k/a JIMMY C. YEH, RACHEL HANYEH, and MARIE YEH as personal representative of the estate of Chon-Chiun Yeh d/b/a Chinese Acupuncture Clinic, | Case No. 12-CV-00303-WJ-SMV |
| SAID BANDI a/k/a SAID ALAGHE BANDI, individually, SAID BANDA d/b/a | Case No. 12-CV-00391-WJ-SMV |

Bandi Engineering, BANDI
ENGINEERING COMPANY, INC., ADF
FINANCIAL, INC., SHAHLA BANDI a/k/a
SHAHLA ZOLFAGHARI, MARYAM
ALAGHE-BANDI, HAMID ALAGHE
BANDI, HOSSEIN ALAGHE BANDI,
ABDUL DABIRI, SHARAREH SHAHIN,
And NEW MEXICO ACCOUNTING
SPECIALISTS, INC.,

JILL PLAMAN, as personal representative          Case No. 12-CV-00496-WJ-SMV
of the estate of Carla Kosinski,

STEVEN S. ETKIND and SHERRY ETKIND,              Case No. 12-CV-00754-WJ-SMV
husband and wife; STEVEN S. ETKIND,
as trustee of STEVEN AND SHERRY ETKIND
REVOCABLE LIVING TRUST; and TALIA ETKIND,

      Defendants.

### SECOND STIPULATED ORDER MODIFYING JULY 14, 2014 SCHEDULING ORDER AND EXTENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter comes before the Court upon the stipulation of the parties hereto. The parties represent to the Court as follows:

1. On January 31, 2014, Plaintiff filed her *Motion for Partial Summary Judgment Against All Defendants on All But One Element of Trustee's Prima Facie Case on Actual and Constructive Fraudulent Transfers* (Doc. No. 731), and brief in support thereof (Doc. No. 732) (together, the "**MSJ**").

2. On July 14, 2014, this Court entered a S*tipulated Order Modifying June 9, 2014 Stipulated Order and Extending Deadline for Certain Defendants to Respond to Plaintiff's Motion for Partial Summary Judgment* (Doc. No. 952) (the "**Order**"), which set various discovery deadlines, including, inter alia, a September 4, 2014 deadline to respond to the MSJ, August 29, 2014

termination date for discovery, a September 19, 2014 deadline for discovery motions, and an October 10, 2014 deadline for pretrial motions.

3. The plaintiff and the above-captioned defendants, excluding Sharareh Shahin New Mexico Accounting Specialists, Inc., Abdul Dabiri, ADF Financial Inc., and Hossein Alaghe Bandi (the "**Defendants**"), agree that more time is necessary to resolve discovery issues in the above-captioned cases.

4. Plaintiff has agreed that the Defendants may have additional time to respond to the MSJ, in order to facilitate resolution of ongoing discovery issues.

5. The Court, after reviewing the Motion, the pleadings of record, and being otherwise fully advised on the premises, hereby FINDS entry of this Order to be appropriate under the circumstances have no just reason exists to delay entry hereof.

IT IS HEREBY ORDERED that the deadlines set in the Order are extended as follows:

A. The termination date for discovery set for **August 29, 2014** is extended through and until **October 10, 2014**, for the purposes of completing the deposition of Judith A. Wagner, and taking such follow-up depositions and follow-up demands for specific documents as may become necessary upon completion of Ms. Wagner's deposition.

B. The deadline for motions relating to discovery is extended through and until **October 31, 2014**.

C. The deadline for pretrial motions is extended through and until **December 1, 2014**.

D. The deadline for Plaintiff to provide a draft pretrial order to the Defendants is extended through and until **January 20, 2015**

E. The deadline for the Defendants to provide the completed pretrial order to the Court is extended through and until **February 19, 2015**.

IT IS FURTHER ORDERED that the Defendants may have through and until **October 31, 2014**, to respond to the Plaintiff's *Motion for Partial Summary Judgment Against All Defendants on All But One Element of Trustee's Prima Facie Case on Actual and Constructive Fraudulent Transfers* (Doc. No. 731).

_____
 HONORABLE STEPHAN M. VIDMAR
 UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

ASKEW & MAZEL, LLC

*s/ submitted electronically*
 James A. Askew
 Edward A. Mazel
 Daniel A. White
 320 Gold Ave. S.W., Suite 300A
 Albuquerque, NM 87102
 (505) 433.3097 (phone)
 (505) 717.1494 (fax)
*Attorneys for the Plaintiff*

**Approved by:**

BECKER & POLIAKOFF, LLP

By: *Approved via e-mail on 8/27/2014*
 Helen Davis Chaitman
 Julie Gorchkova
 45 Broadway
 New York, NY 10006
 Tel: (212) 599-3322

And

MERRIE CHAPPELL, ESQ.

Merrie L. Chappell
P.O. Box 21333
Albuquerque, NM 87154-1333
(505) 246-299-0180