UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter
11 Trustee of the bankruptcy estate
of The Vaughan Company, Realtors,

      Plaintiff,

v.

DONALD LACY,
DEANNA LACY,
and DONALD LACY,
as personal representative
of the estate of Doris Lacy,

      Defendants.

**Master Case No. 12-CV-00817-WJ-SMV**
(Case No. 12-CV-00547-WJ-SMV)

### **STIPULATED ORDER MODIFYING FEBRUARY 4, 2014 SCHEDULING ORDER**

This matter comes before the Court upon the stipulation of the parties hereto. The parties represent to the Court as follows:

1. On February 4, 2014, this Court entered a *Scheduling Order* (Doc. No. 736) (the "**Order**"), which set various discovery deadlines, including, inter alia, an August 25, 2014 deadline for discovery motions, and a September 4, 2014 deadline for pretrial motions.

2. The Parties represent that they have recently reached an agreement in principle on the timing and amount of the total transfers, and are in the process of finalizing that agreement, as well as resolving a variety of outstanding discovery issues. The Parties believe that additional time is necessary for them to resolve these issues, but are optimistic about being able to resolve the outstanding issues without Court intervention.

3. The Court, after reviewing the pleadings of record and being otherwise fully advised on the premises, hereby FINDS entry of this Order to be appropriate under the circumstances have no just reason exists to delay entry hereof.

IT IS HEREBY ORDERED that the deadlines set in the Order are extended as follows:

A. The deadline for motions relating to discovery is extended through and until October 15, 2014.

B. The deadline for pretrial motions is extended through and until November 7, 2014.

C. The deadline for Plaintiff to provide a draft pretrial order to the Defendants is extended through and until January 9, 2015.

D. The deadline for the Defendants to provide the completed pretrial order to the Court is extended through and until January 16, 2015.

HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

ASKEW & MAZEL, LLC

*s/ submitted electronically*
James A. Askew
Edward A. Mazel
Daniel A. White
320 Gold Ave. S.W., Suite 300A
Albuquerque, NM 87102
(505) 433.3097 (phone)
(505) 717.1494 (fax)
*Attorneys for the Plaintiff*

**Approved by:**

MEAGLE LAW, PA.

By: *Approved via e-mail on 9/4/2014*
    Shay E. Meagle
    6500 Jefferson St. NE, Ste 260
    Albuquerque, NM  87109
    (505) 255-0202
    (550) 255-8726
*Attorneys for Defendants*