UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JUDITH A. WAGNER, Chapter
11 Trustee of the bankruptcy estate
of The Vaughan Company, Realtors,
    Plaintiff,

v.

**Master Case No. 12-CV-00817-WJ-SMV**
(Case No. 13-CV-00662-WJ-SMV)

RICHARD JOHNSON and
CHERYL JOHNSON,

    Defendants.

**STIPULATED ORDER MODIFYING NOVEMBER 14, 2013 SCHEDULING ORDER**

    This matter comes before the Court upon the stipulation of the parties hereto. The parties represent to the Court as follows:

    1.    On November 14, 2013, this Court entered *Scheduling Order* (Doc. No. 616) (the "**Order**"), which set various pretrial deadlines, including, *inter alia*, a September 26, 2014 deadline for Plaintiff to provide her portions of the pretrial order to Defendants, and an October 10, 2014 deadline for Defendants to submit the consolidated pretrial deadline to the Court.

    2.    On December 13, 2013, Plaintiff filed *Plaintiff's Motion for Partial Summary Judgment Against All Defendants on all but one Element of Trustee's Prima Facie Case on Actual and Constructive Fraudulent Transfers* (Doc. No. 679).

    3.    On August 11, 2014, Plaintiff filed *Chapter 11 Trustee's Motion for Summary Judgment Against Defendant Cheryl Johnson as to the Timing and Amount of the Transfers and as to Recovery of the Net Winnings* (Doc. No. 988).

4.      On August 11, 2014, Plaintiff filed *Chapter 11 Trustee's Motion for Summary Judgment Against Defendant Richard Johnson as to the Timing and Amount of the Transfers and as to Recovery of the Net Winnings* (Doc. No. 989).

5.      This Court has not yet ruled on these three motions.

6.      The scope of the triable issues in this case is dependent on how these motions are resolved.

7.      The plaintiff and the above-captioned defendants believe it would be more efficient to submit a pretrial order after these motions are adjudicated.

8.      The Court, after reviewing the motions, the pleadings of record, and being otherwise fully advised on the premises, hereby FINDS entry of this Order to be appropriate under the circumstances and just reason exists to delay entry hereof.

IT IS HEREBY ORDERED that the deadlines set in the Order are extended as follows:

A.      Plaintiff shall have through and until thirty (30) days after the last of the three above-listed motions is adjudicated to submit a pretrial order to Defendants; and

B.      Defendants shall have through and until fourteen (14) days after the aforementioned pretrial order is received to submit the consolidated pretrial order to the Court.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

ASKEW & MAZEL, LLC

<u>s/ submitted electronically</u>
> James A. Askew
> Edward A. Mazel
> Daniel A. White
> 320 Gold Ave. S.W., Suite 300A
> Albuquerque, NM 87102
> (505) 433.3097 (phone)
> (505) 717.1494 (fax)

*Attorneys for the Plaintiff*

**Approved by:**

ALBUQUERQUE BUSINESS LAW, P.C.

<u>By</u>*: Approved by e-mail on 9/25/2014*
> Jeremy Theoret
> James T. Burns
> 1803 Rio Grande Blvd. NW Ste B
> Albuquerque, NM 87104
> (505) 246-2878 (phone)
> (505) 246-0900 (fax)

*Attorneys for Defendants Richard Johnson*
> *And Cheryl Johnson*